**Opinion issued May 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00298-CV

———————————

## MID-CENTURY INSURANCE COMPANY OF TEXAS AND GEICO (GOVERNMENT EMPLOYEES INSURANCE COMPANY), Appellants

## V.

## JAMES WADLEY, Appellee

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2012-20502

## MEMORANDUM OPINION

Appellants, Mid-Century Insurance Company of Texas and GEICO (Government Employees Insurance Company), representing that the parties have resolved the matter and appellants no longer wish to pursue the appeal, have filed an

agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1. No opinion has issued. *See id.* 42.1(c).

Accordingly, we grant appellants' motion and dismiss the appeal. *See id.* 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.